IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PROFESSIONAL HEALTH CARE AND
HOSPITAL SUPPLY, INC., et al

Plaintiffs

v.

AXIS CARE HEALTH LOGISTICS, INC., et al

Defendants

CV. 14-1817(CVR)

## JUDGMENT

The Court, through the Honorable Magistrate Judge Camille L. Velez-Rive, entered an order on June 30th, 2015 (Dkt. 70) granting the plaintiffs' "Notice of Voluntary dimissal without prejudice" filed on June 15th, 2015 (Dkt. 64) and instructing the Clerk of Court to enter judgment accordingly.

WHEREFORE, it is

**ORDERED AND ADJUDGED** that the complaint be and is hereby **DISMISSED WITHOUT PREJUDICE, without the imposition of costs, attorney's fees or expenses.**

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, this 30th day of June 2015.

    FRANCES RIOS DE MORAN
    CLERK OF COURT

    S/Yelitza Rivera-Buonomo
    Deputy Clerk